FRANCESCO BASIRICO et al., Appellants, v. DAVID J. ASKIN, Respondent, Impleaded with Another.— No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

CITY OF GLEN COVE, Appellant, v. MICHAEL TROTTA, Respondent.— No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

MADELINE GALLAGHER, Respondent, v. STUART HOLDING CORPORATION, Appellant.— No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

In the Matter of CITY BANK FARMERS TRUST COMPANY, as Trustee, Respondent. REALTY ASSOCIATES, INC., Appellant.— No opinion. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.